IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA C. MOORE and MELANIE L. ARNOLD, <br><br>Plaintiffs, <br><br>v. <br><br>ALLEN & BRIGHT, P.C., and LISA E. ALLEN, <br><br>Defendants. | CIVIL ACTION NO. <br><br>1:11-CV-04296-MHS |

## ORDER

This case is before the Court for consideration of the Joint Motion to Approve Settlement [Doc. 23]. After reviewing the record and the joint submission of the parties, the Court enters the following Order.

Having reviewed the Settlement Agreement and Mutual Release of All Claims (the "Agreement") [Doc. 23-1] executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length at mediation before a U.S. Magistrate Judge and is not the result of any collusion.

Therefore, the Joint Motion to Approve Settlement [Doc. 23] is hereby **GRANTED**, the settlement of the parties is hereby **APPROVED** and the

1

Agreement [Doc. 23-1] is hereby incorporated into this Order, and all proceedings in this case are hereby **STAYED** with the parties to either file mutual dismissals within ten (10) days after Defendants' last required payment deadline under the Agreement or notify the Court of any default prior to that date. The Clerk is directed to administratively close this case, subject to reopening for settlement enforcement actions pursuant to the terms of the Agreement. Fees and costs shall be paid by Defendants to Plaintiffs' counsel as set forth in the Agreement, without prejudice to any claim for attorney's fees and costs incurred by Plaintiffs' counsel in any future proceedings to enforce the obligations required by this Agreement in the event of default or other breach of the Agreement.

**SO ORDERED** this 14 day of May, 2012.

_____
The Honorable Marvin H. Shoob
United States District Court